**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-cv-136-FDW**

| | |
|---|---|
| SHAKARA M. THOMPSON and ) <br> JONATHAN HARRISON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court, *sua sponte*, as to the trial setting in this matter, which is currently scheduled to begin with docket call on May 3, 2021. Because of limited courtroom availability and the anticipated trial time needed in this matter, as well as the current trial settings for other older cases appearing on the docket, the Court continues trial in this matter to the mixed term beginning July 12, 2021.

**IT IS SO ORDERED.**

Signed: May 3, 2021

Frank D. Whitney
United States District Judge